900

No. 79–213. HOWELL v. METRO BANK OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–214. CHINARIAN v. RUCKS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–219. LAMB ET AL. v. BROWN. Sup. Ct. Ohio. Certiorari denied.

No. 79–225. SALAS ET AL. v. CORTEZ ET AL. Sup. Ct. Cal. Certiorari denied.

No. 79–227. SCHULMAN ET AL. v. PATERSON REDEVELOPMENT AGENCY. Sup. Ct. N. J. Certiorari denied.

No. 79–242. FRANKLIN LIFE INSURANCE Co. v. COMMONWEALTH EDISON Co. C. A. 7th Cir. Certiorari denied.

No. 79–259. AMF, INC. v. GENERAL MOTORS CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–273. POTTER ET AL., DBA POTTER & POTTER v. JONES ET AL. Sup. Ct. Ark. Certiorari denied.

No. 79–308. PROTECTION MARITIME INSURANCE Co., LTD., ET AL. v. PINO ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–5079. CLOUDY v. BOESCH ET AL. Sup. Ct. Ind. Certiorari denied.

No. 79–5092. McDONALD v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 79–5105. WEAVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.